# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IRMA MENDEZ,<br><br>    Plaintiff(s),<br><br>vs.<br><br>WRIGHT, FINDLAY AND ZAK LLP, et al.,<br><br>    Defendant(s). | Case No. 2:16-cv-01077-APG-NJK<br><br>ORDER |

  Pending before the Court is a Plaintiff's motion for permission to file electronically, Docket No. 15, which is hereby GRANTED. To the extent she does not already have a CM/ECF account, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

  IT IS SO ORDERED.

  DATED: June 14, 2016

                  _____
                  NANCY J. KOPPE
                  United States Magistrate Judge